RECEIVED
IN MONROE, LA.
NOV 2 9 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SALINTO DONDRELL DAVIS<br>LA. DOC #400883 | CIVIL ACTION NO. 3:11-cv-1364 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| TARREN HANFORD | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and after the additional consideration of Plaintiff's memorandum [Doc. No. 10],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this 29 day of November, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE